Steven G. Biddle; AZ Bar No. 012636
sbiddle@littler.com
Stanley R. Foreman; AZ Bar No. 032320
sforeman@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Carol M. Whitmire | Case No. 3:17-cv-08108-JAT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Wal-Mart Stores, Inc., | |
| Defendant. | |

The parties, by and through their undersigned counsel, hereby notify the Court that the parties have settled this case and are finalizing the formal settlement documents. The parties will submit a stipulation to dismiss with prejudice and proposed order shortly.

DATED this 26th day of March 2019.

*s/ Steven G. Biddle*
Steven G. Biddle
Stanley R. Foreman
LITTLER MENDELSON, P.C.
Attorneys for Defendant

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1  I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 26th day of March 2019 to:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ  85254
Attorneys for Plaintiff

*s/ Linda Bullis*
FIRMWIDE:163176893.1 080000.1247

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-